

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00553-CV

**IN THE INTEREST OF A.Z.F.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08725
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is affirmed. Costs are assessed against appellant.

SIGNED April 6, 2022.

_____
Lori I. Valenzuela, Justice